UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON STERN
on behalf of himself and
all other similarly situated consumers

                Plaintiff,

-against-

CENTRAL CREDIT SERVICES LLC

                Defendant.

Case No.

1:17-cv-01959-RJD-VMS

STIPULATION OF DISMISSAL

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 0 2 2018 ★

BROOKLYN OFFICE

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
        September 25, 2017

  /s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: Flemington, New Jersey
        September 25, 2017

  /s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel LLC
Attorney for the Defendant
3 Cross Creek Drive
Flemington, New Jersey 08822
Office: (908) 237-1660
Fax: (908) 237-1663
E-mail: aeasley@sessions.legal

So Ordered.

s/ RJD

1/2/18